OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAWRENCE K. BAERMAN**<br>**CLERK** | **100 S. CLINTON STREET**<br>P.O. BOX 7367<br>SYRACUSE, NEW YORK 13261-7367<br>(315)234-8500 |
| | **Judi L. Roberts**<br>**Courtroom Deputy to**<br>**Judge Norman A. Mordue**<br>**( 315) 234-8573** Direct Line |

August 5, 2013

Inmate Records Coordinator
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

        Re:, Raymond C. Miller, Sr. No.: 11-A-5212
        NDNY Case No.: 7:10-CV-0970 (NAM)

Dear Records,

    Enclosed please find an Order and Writ of Habeas Corpus Ad Testificandum to produce the above-referenced individual for a civil trial.

    Please be advised that this matter will be tried at the United States District Court in Syracuse, New York during the month of September 2013, before the Hon. Norman A. Mordue, Senior United States District Judge. The trial is scheduled to begin on **Monday, September 3, 2013 at 9:00 a.m. The trial witness is requested to be present on Monday, September 3, 2013, 2013, at 8:00 a.m., in the United States District Court, Syracuse, New York.**

    Should you have any questions regarding this request please do hesitate to contact the undersigned at (315) 234-8573. Please direct all correspondence, (including inmate number and NDNY Case No.) to:

        **Judi L. Roberts, Courtroom Deputy**
        **United States District Court**
        **100 South Clinton Street**
        **Syracuse, New York 13261-7367**

                            Sincerely,

                            _____s/_____
                            Judi L. Roberts, Courtroom Deputy
                            Clerk to Hon. Norman A. Mordue

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**RAYMOND C. MILLER, SR.,**

                **Plaintiff,**

       vs.                                        **7:10-CV-0970**

**DEREK BELMORE,** *Deputy Sheriff, St. Lawrence County,*

                **Defendant.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**ORDER**

Pursuant to this Order, **Raymond C. Miller, Sr., Inmate No.: 11-A-5212,** the plaintiff in the above entitled action has been directed to be **made available at 8:00 a.m. on Monday, September 3, 2013, and any subsequent date at the United States Courthouse at Syracuse, New York for the purpose of attending the trial of the above entitled case. It is the understanding of the Court that the above mentioned witness is presently incarcerated at the Green Haven Correctional Facility, and that it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of this party at said proceeding.**

**Therefore, it is**

      **ORDERED** that the Clerk of the Court issue a writ of Habeas Corpus Ad Testificandum directing the Superintendent of the facility above named where said party is currently housed, or his deputies, to deliver said party to the Courthouse on the date and trial specified above, and it is further;

      **ORDERED** that the original and certified copies of said writ shall be delivered to the United States Marshall, his authorized deputy or any other such person the Court has deemed appropriate for service upon the Superintendent of the above named institution, and it is further;

      **ORDERED** that in the event the action is settled prior to trial, it shall be incumbent upon the Attorney General or his authorized representative or other such person as determined by the Court to notify the designated institution where plaintiff is housed and cancel such writ to produce.

Dated: August 5, 2013

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**RAYMOND C. MILLER, SR.,**
       **Plaintiff,**
   vs.                 7:10-CV-0970

**DEREK BELMORE,** *Deputy Sheriff, St. Lawrence County,*
       **Defendant.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: THE SUPERINTENDENT OF THE AUBURN CORRECTIONAL FACILITY**

**Attention:** Inmate Records Coordinator
      Green Haven Correctional Facility
      P.O. Box 4000
      Stormville, NY 12582

  **Re:** **Raymond C. Miller, Sr., Inmate Number: DIN # 11-A-5212**

**GREETINGS:**

  **WE COMMAND** that you have the body of the above named litigant who is detained in the **Green Haven Correctional Facility** under your custody, as it is said, under safe and secure conduct before the Judges of our District Court within and for the Northern District of New York, at the **United States Courthouse at Syracuse, New York,** to be present for the trial of the above entitled action now pending in said Court, and then and there be tried, with a date certain for trial of **9:00 a.m., on Monday, September 3, 2013,** and as directed on any recessed date as may be designated before said Court and immediately after the conclusion of the calendar or the conclusion of the trial, whichever comes first, that you return him to the said Upstate Correctional Facility under your custody, under safe and secure, conduct, and have you then and there this writ.

  **WITNESS,** the Honorable Norman A. Mordue, Senior United States District Judge for the Northern District Court of New York on August 5, 2013.

                **Lawrence K. Baerman, Clerk**
                **Northern District of New York**

                 s/
                **by: Judi L. Roberts, Courtroom Deputy**
                **to Senior U.S. District Judge Norman A. Mordue**